20 So.2d 54

**CITY OF ANNISTON v. Mollie SIMMONS.**

**7 Div. 814.**

Supreme Court of Alabama.

Nov. 16, 1944.

Merrill, Merrill & Vardaman, of Anniston, for petitioner.

Chas. Douglass, of Anniston, opposed.

GARDNER, Chief Justice.

Petition of the City of Anniston for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of City of Anniston v. Mollie Simmons, 31 Ala.App. 536, 20 So. 2d 52.

Writ denied.

THOMAS, FOSTER, and STAKELY, JJ., concur.